**FILED VIA MAIL**

JUN 17 2014

UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION        ORLANDO DIVISION

IN RE:                                    CHAPTER 13
WILLLIAM ROGER PARSONS                    CASE NO : 14-BK-0057-CCJ
KAREN LEE PARSONS

DEBTOR
ELOUISE K. HAHN, TRUSTEE OF
ELOUISE K. HAHN LIVING TRUST              ADVERSARIAL PROCEEDING
AND SUCCESSORS,DBA MANAGING               CASE NO: 14-AP-00032-CCJ
MEMBER OF BURKE FINANCIAL , LLC
MEMBER OF WIN PAR HOSPITALITY
LAREDO LLC.

WILLIAM ROGER PARSONS
DBA GENERAL PARTNER OF
WIN PAR HOSPITALITY , LLLP

DEFENDANT


FILE MOTION TO DISMISS

ELOUISE K. HAHN'S CLAIM IS AGAINST A LLLP COMPANY NOT WILLIAM R.
PARSONS .
WILLIAM R. PARSONS AND KAREN LEE PARSONS IS A PERSONAL BANKRUPTCY,
NOT A CORPORATION ,LLC OR COMPANY BANKRUPTCY.


DATE JUNE 16TH 2014

*William R Parsons*