UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                Case No. 6:14-bk-005576-CCJ

WILLIAM ROGER PARSONS
KAREN LEE PARSONS
aka CARRIE LEE PARSONS

    Debtors.


Eloise K. Hahn, Trustee              Adv No: 6:14-ap-00032-KSJ
Eloise K. Hahn Living Trust
dba Burke Financial LLC              **FILED VIA MAIL**
Member of Win Par Hospitality Laredo LLC
                                     JUN 3 0 2014
    Plaintiff,
                                     CLERK U.S. BANKRUPTCY,
                                     ORLANDO DIVISION

    vs.

William Roger Parsons
dba General Partner of Win Par Hospitality LLLP
Tax Managing Member and President of Win Par Hospitality Laredo LLC

EIN:  20-3467186


    Defendant.


NOTICE OF PLEADING

    Eloise K. Hahn, Plaintiff, has filed a pleading Rule to Show

Cause with this court seeking a judgment against defendant for his

willful failure in violating Federal codes of procedure under the

bankruptcy code in willfully not mailing plaintiff a copy of his response

and amended response, including his motion to dismiss adversary

proceeding filed by plaintiff.  It is plaintiff's understanding that defendant

filed his amended response with this court on June 17, 2014, 8 days

ago.  To date, plaintiff has not received defendant's pleadings.

Had plaintiff received his response plaintiff would object to his motion

to dismiss the adversary procdeeding due to FRAUD pursuant to

Section 523(a).  Plaintiff has filed an amended adversary proceeding

complaint based on the discovery she completed from the exhibits

she filed on June 5, 2014.  Plaintiff requests leave of court to file additional

documents to further demonstrate that fraud has occurred with respect

to Hahn's capital of $250,000 which apparently is due and owing to her

since May of 2007.

Plaintiff is scheduled for trial in the Richmond bankruptcy court

with respect to Thomas A. Minor on September 15, 2014, with respect to

FRAUD and violations of Section 523(a).  Hahn plans to retain local

counsel both in Virginia and Florida for the adversary trial proceedings if

she is granted to do so by this honorable court.

Plaintiff plans to attend the preliminary hearing on July 21, 2014,

at 10:15 a.m. in courtroom 6A, 6th floor, George C. Young Courthouse,

West Washington Street, Orlando, FL  32801.


Date:  June 25,, 2014        Eloise K. Hahn, Trustee
                            Eloise K. Hahn Living Trust
                            313 East 1300 North
                            Chesterton, IN  46304
                            (219) 617-5496, cell

(219) 413-2353
eloisehahn349@gmail.com

CERTIFICATE OF SERVICE

I, Eloise K. Hahn, hereby certify that a true and correct copy

of the foregoing notice of pleading was mailed to the following parties

via USPS mail, being:

George C. Young Courthouse
U.S. Bankruptcy Court
Clerk of the Court
Attn:  Mary Henry, Case Assignee
400 West Washington Street
Suite 5100
Orlando, FL   32801

William R. Parsons
152 Martesia Way
Indian Harbor Beach, FL   32937

Date:  June 25,  2014                          Eloise K. Hahn

I, Eloise K. Hahn, herreby certify that a true and cporrect

copy of the foregoing notice of pleading was mailed to the

following party via USPS mail, being:

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL   32790

Date:  June 25, 2014                          Eloise K. Hahn

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

William Roger Parsons
152 Martesia Way
Indian Harbor Beach, FL   32937

Case No. 6:14-bk-00557-CCJ
Chapter 13

Karen Lee Parsons
aka Carrie Lee Parsons
152 Martesia Way
Indian Harbor Beach, FL   32937

     Debtors.

Eloise K. Hahn, Trustee of Eloise K. Hahn Living Trust and Successors
dba Managing Member of Burke Financial LLC
Member of Win Par Hospitality Laredo LLC

     Plaintiff,

     vs.

Adv. Pro. No. 6:14-ap-00032-KSJ

William Roger Parsons
dba General Partner of Win Par Hospitality LLLP
Managing Member of Win Par Hospitality Laredo LLC
3550 N. Atlantic Av
Cocoa Beach, FL   32931

EIN:  20-3467186

     Defendant.

RULE TO SHOW CAUSE

NOW COMES the plaintiff, Eloise K. Hahn, Trustee of the Eloise K. Hahn

Living Trust, dba Burke Financial LLC and Member of Win Par Hospitality Laredo

LLC and for her cause of action states to wit:

     1.    That the defendant, William R. Parsons, filed a response to

plaintiff's adversary proceeding complaint with this court and failed to mail a copy

of the response to plaintiff.

2.      That the defendant, William R. Parsons, filed an amended

response to the adversary proceeding complaint on June 17, 2014, being

a Motion to Dismiss the Adversary Proceeding.  Plaintiff did not receive a copy

of the amended response as of June 25, 2014, 8 days since he filed the amended

response.

3.      That the defendant has violated rules of Federal bankruptcy

procedure in that he has continually failed in mailing the plaintiff a copy of his

responses, motions, and pleadings.  He has done so willfully.

4.      That the plaintiff cannot fully prepare a response to strike the

defendant's motion to dismiss without receiving a copy of the pleading,

however, plaintiff objects to dismissal of the adversary proceeding due to

FRAUD pursuant to Section 523(a).

5.      That plaintiff has been ordered to appear at trial in the Richmond

bankruptcy court on September 15, 2014, in order that the court be allowed to

determine if FRAUD had occurred pursuant to Section 523(a) with respect

to Thomas A. Minor.

6.      That plaintiff needs to enter additional evidence within the next

several weeks with respect to her former attorney's file regarding this matter.

7.      That plaintiff needs to retain local counsel fin Florida for an

evidentiary hearing once all exhibits have been filed.

WHEREFORE, plaintiff requests this honorable court to order defendant

to mail a copy of his response and amended response, including motion to

dismiss so that the plaintiff is able to amend her motion to strike defendant's

motion to dismiss plaintiff's adversary proceeding.  Further, plaintiff requests

why defendant should not be held in contempt of court for not providing

plaintiff copies of his responses pursuant to Federal rules and procedures

of the bankruptcy code.

Respectfully submitted,

Eloise K. Hahn , Trustee
Eloise K. Hahn Living Trust
dba Burke Financial LLC
Member of Win Par Hos[pitality Laredo LLC

CERTFICATE OF SERVICE

I, Eloise K. Hahn, do hereby certify that I mailed a copy of the

foregoing pleading to the following parties via UPS mail on Jiune 25, 2014,

being:

Lee Ann Bennett, Clerk of the Court
Attn;  Mary henry, Case Assignee
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL   32801

WILLIAM R. Parsons
152 Martesia Way
Indian Harbor Beach, FL  32937

U.S. Trustee
Department of Justice
George C. Young Federal Courthouse
400 West Washington Street
Suite
Orlando, FL   32801

Laurie Weatherford, Trustee

P.O. Box3450
Winter Park, FL   32790-3450

June 25, 2014                    Eloise K. Hahn