UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              Case No. 6:14-bk-00557-KSJ

WILLIAM ROGER PARSONS
KAREN LEE PARSONS
aka CARRIE LEE PARSONS

   Debtors.

Eloise K. Hahn, Trustee                    Adv No: 6:14-ap-00032-KSJ
Eloise K. Hahn Living Trust
dba Burke Financial LLC
Member of Win Par Hospitality Laredo LLC

   Plaintiff,

   vs.

William Roger Parsons
dba General Partner of Win Par Hospitality LLLP
Tax Managing Member and President of Win Par Hospitality Laredo LLC

EIN: 20-3467186

   Defendant.

FILED VIA MAIL
JUN 3 0 2014
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

NOTICE OF PLEADING

Eloise K. Hahn, Plaintiff, has filed a motion to strike defendants motion to dismiss plaintiff's adversary proceeding complaint objecting to the discharge of debt to Eloise K. Hahn due to FRAUD pursuant to Section 523(a)(2), (a)(3), and (a)(4) (Document No. 36) adversary proceeding complaint amended. The plaintiff plans to present

her motion to strike defendants motion to dismiss at the preliminary

hearing scheduled on July 21, 2014, at 10:15 a.m. in Courtroom 6A,

6th Floor, George C. Young Courthouse, 400 West Washington Street,

Orlando, FL 32801.

Date: June 25, 2014

Eloise K. Hahn, Trustee
Eloise K. Hahn Living Trust
313 East 1300 North
Chesterton, IN 46304
(219) 617-5496, cell
(219) 413-2353
eloisehahn349@gmail.com

## CERTIFICATE OF SERVICE

I, Eloise K. Hahn, hereby certify that true and correct copies

of the foregoing pleading was mailed to the following parties

via UPS mail being:

> George C. Young Courthouse
> U.S. Bankruptcy Court
> Clerk of the Court
> Attn: Mary Henry
> 400 West Washington Street
> Suite 5100
> Orlando, FL 32801

> William R. Parsons
> 152 Martesia Way
> Indian Harbor Beach, FL 32937

I, Eloise K. hahn, hereby cewrtify that a true and correct

copy of the foregoing pleading was mailed via USPS mail to

the following party being:

> Laurie K. Weatherford, U.S. Trustee
> P.O. Box 3450
> Winter Park, FL
> 32790-3450

June 25, 2014       Eloise K. Hahn